

# Fourth Court of Appeals
## San Antonio, Texas

February 8, 2021

No. 04-20-00465-CV

**AMMONITE OIL & GAS CORPORATION**,
Appellant

v.

**RAILROAD COMMISSION OF TEXAS**,
Appellees

From the 36th Judicial District Court, McMullen County, Texas
Trial Court No. M-18-0003-CV-A
Honorable Janna K. Whatley, Judge Presiding

# O R D E R

On February 4, 2021, the two appellees in this case filed separate briefs. The Texas Rules of Appellate Procedure permit appellant to file briefs of up to 7,500 words replying to each of appellees' briefs. TEX. R. APP. P. 9.4(i)(2)(C), 38.3. On February 5, 2021, appellant filed an unopposed motion seeking leave to file a single reply brief of no more than 15,000 words addressing both appellees' briefs. Appellant's motion also requested an extension of time to file its reply brief until March 16, 2021. After consideration, appellant's motion is GRANTED. We ORDER appellant to file a single reply brief of no more than 15,000 words by March 16, 2021.

It is so **ORDERED** on February 8, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT